CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br>v.<br><br>JLD-WP, LLC, a California Corporation;<br>LANG Q. LIEU dba Northgate Hair Cut & Nails;<br>and Does 1-10,<br><br>       Defendants. | Case No.: 2:16-CV-01589-JAM-KJN<br><br>**Order Regarding Joint Stipulation of Fact and Discovery** |

## **ORDER**

Having read the Joint Stipulation of Fact Regarding Defendants' Financial Wherewithal and Discovery Responses, the Court hereby orders Defendants to respond to all outstanding discovery requests not withdrawn by Plaintiff within 14 days.

**IT IS SO ORDERED.**

Dated: January 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE